
FILED
MAR 1 0 2020
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-135-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NOEL THOMAS WHITEMAN, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being show,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Noel Thomas Whiteman's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of this Order.

DATED this 9th day of March, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE